IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| RALFEAL WHITE, | * | |
| Plaintiff, | * | |
| v. | | Case No. 5:26-cv-00022-MTT-AGH |
| | * | |
| COMMISSIONER TIMOTHY OLIVER et al., | | |
| | * | |
| Defendants. | | |
| | * | |

**JUDGMENT**

Pursuant to this Court's Order dated August 13, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 13th day of August, 2026.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk