IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

RALFEAL WHITE, *

Plaintiff, *

v. Case No. 5:26-cv-00022-MTT-AGH
*

COMMISSIONER TIMOTHY OLIVER et al., *

Defendants. *

**J U D G M E N T**

Pursuant to this Court's Order dated September 11, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 11th day of September, 2026.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk